1  NIALL E. LYNCH (State Bar No. 157959)
   NATHANAEL M. COUSINS (State Bar No. 177944)
2  MAY LEE HEYE (State Bar No. 209366)
   BRIGID S. MARTIN (State Bar No. 231705)
3  CHARLES P. REICHMANN (State Bar No. 206699)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA        )    Case No.  CR  06-819 PJH
                                    )
14                                  )    [PROPOSED]
              v.                    )    ORDER FOR EXPEDITED
15                                  )    SENTENCING UNDER L.R. 32-1(b)
                                    )
16                                  )
    YOUNG HWAN PARK,                )
17                                  )
                                    )
18            Defendant.            )
                                    )
19  _____ )

20          Based on the stipulation of the parties, and for good cause shown,

21  IT IS ORDERED that the Court will sentence defendant Young Hwan Park on an expedited basis

22  pursuant to Crim. L.R. 32-1(b), on February 14, 2007, without need for a presentence report.

23
    Date: February  9 , 2007
24

25
    _____
26  Phyllis J. ...
    United Stat...
27
                                         IT IS SO ORDERED
28
                                         Judge Phyllis J. Hamilton

    Certificate of Service
    CR 06-819 PJH